UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:18-cr-34-FtM-38CM

ARICO JOVION LIPSCOMB

### **ORDER**

The Court revisits the Ex Parte In Camera Application for Issuance of Subpoena to Produce Documents and Objects under Seal filed by Defendant pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure. The Court granted the Application, a subpoena was issued, and the Department of the Army refused to disclose the requested documents because the subpoena did not comply with the Privacy Act of 1974 and Army Regulation 27-10. The Court has determined that the records requested in the subpoena are material to this case and that no claim of privilege is available.[1]

Accordingly, it is now

**ORDERED:**

1. The Clerk is **DIRECTED** to reissue a subpoena to produce any and all records within the criminal and investigation file of Officer Troy J. Carrillo to the following individual: Michelle Kardelis, Chief FOIA, Department of the Army, United States Army Criminal Investigation Command, Crime Record Center, ATTN: CICR-FP, 27130 Telegraph Road, Quantico, Virginia 22134.

---

[1] In the event a privilege is asserted, the Court may revisit this determination.

2. The Office of the Federal Defender, Middle District of Florida, is authorized to serve said subpoena accompanied by this Order. This Order shall otherwise be sealed until completion of the Trial.

3. Michelle Kardelis and the U.S. Army's Crime Record Center are **ORDERED** to release the records requested in the subpoena.

**DONE AND ORDERED** at Fort Myers, Florida, this October 16, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copy to: James Lappan, AFD